# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | GENY L. CHAMBERLAIN |
| **Case Number:** | 2:07-bk-05514-JMM    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 09, 2008 10:00 AM   6TH FLOOR #602 |
| **Bankruptcy Judge:** | JAMES M. MARLAR |
| **Courtroom Clerk:** | LUANN BELLER |
| **Reporter / ECR:** | BEV GRANILLO |

## Matter:

CONTINUED HEARING ON DEBTOR'S MOTION TO STAY TRUSTEE'S SALE

**R / M #:**   68 / 0

## Appearances:

GARY R. STICKELL, ATTORNEY FOR GENY L. CHAMBERLAIN
MICHAEL W. CHEN, ATTORNEY FOR AMERICA'S SERVICING

## Proceedings:

Mr. Stickell informed the Court that the debtor has come up with all fund except the December payment. He stated that once received he will immediately send the funds to Mr. Chen who will then withdraw the order.

COURT:  THE COURT NOTES THAT THIS MATTER WILL BE RESOLVED ONCE THE CONDITIONS ARE MET AND MR. CHEN WILL SUBMIT THE PAPERWORK.