| | |
|---|---|
| 1 | Michael W. Chen, Esquire |
| | Arizona Bar No. 17967 |
| 2 | THE COOPER CASTLE LAW FIRM |
| | A Multi-Jurisdictional Law Firm |
| 3 | 820 South Valley View Blvd. |
| | Las Vegas, NV 89107 |
| 4 | (702) 435-4175/(702) 435 4181 (facsimile) |
| | Loan No. 1127108421 / Our File No. 08-01-0526 |
| 5 | |
| 6 | Attorney for Secured Creditor |
| | America's Servicing Company |

E-Filed on:

DEC 1 5 2008

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

GENY L. CHAMBERLAIN,

        Debtor(s)

America's Servicing Company

        Movant(s)

v.

GENY L. CHAMBERLAIN, Debtor(s)
Edward Maney, Trustee,

        Respondant(s)

CHAPTER 13

BANKRUPTCY NO.: 07-05514-PHX-JMM

RELATED TO DOCKET NO. 67

## WITHDRAWAL OF SECURED CREDITORS EX PARTE ORDER TERMINATING THE AUTOMATIC STAY AND REINSTATEMENT OF THE ADEQUATE PROTECTION ORDER AND PROOF OF CLAIM

TO: **GENY L. CHAMBERLAIN, DEBTOR(S)**
TO: **GARY R. STICKELL, ESQ., ATTORNEY FOR THE DEBTOR(S)**
TO: **EDWARD MANEY, CHAPTER 13, TRUSTEE**
TO: **ALL INTERESTED PARTIES**

**NOTICE IS HEREBY GIVEN** that America's Servicing Company, as a Secured Creditor in the above-entitled action requests that the EX PARTE ORDER TERMINATING THE AUTOMATIC STAY entered with the Court on August 12, 2008 by the above-captioned attorney of record be **withdrawn.**

- 1 -

**NOTICE IS HEREBY GIVEN** that America's Servicing Company requests that the terms of the Adequate Protection Order entered on May 21, 2008 be reinstated.

**NOTICE IS HEREBY GIVEN** that America's Servicing Company requests that the proof of claim filed be reinstated.

THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm

_____
Michael W. Chen, Esquire
Arizona Bar No. 17967
Attorneys for Secured Creditor

## CERTIFICATE OF MAILING

The undersigned hereby declares and certifies that on __12/15/08__, a copy of the Secured Creditors WITHDRAWAL OF SECURED CREDITORS EX PARTE ORDER TERMINATING THE AUTOMATIC STAY AND REINSTATEMENT OF THE ADEQUATE PROTECTION ORDER AND PROOF OF CLAIM was served on the following parties by depositing a copy of the same in the United States Mail, postage prepaid and addressed to:

Gary Stickell, Esq.  
301 E. Bethany Home Road  
Suite B100  
Phoenix, AZ 85012

Edward Maney  
P.O. Box 10434  
Phoenix, AZ 85064-0434

Geny Chamberlain  
7164 W. Flower Street  
Phoenix, AZ 85033

I declare under penalty of perjury that the foregoing is true and correct.

_____
An employee of THE COOPER CASTLE LAW FIRM

-2-